SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 10 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 1:26cr23LG-RPM

WILMER HUMBERTO PEREZ-PORTILLO and             18 U.S.C. § 111(a)(1)
RAUL CRUZ                                      18 U.S.C. § 751(a)

**The Grand Jury charges:**

COUNT 1

On or about January 26, 2026, in Hancock County, in the Southern Division of the Southern District of Mississippi, defendant **WILMER HUMBERTO PEREZ-PORTILLO**, did knowingly and forcibly, involving physical contact, resist, oppose, impede, or interfere with Agent M.V., by forcibly breaking the grasp of, struggling with, and pulling away from Agent M.V., and intentionally driving a motor vehicle away from a law enforcement traffic stop while resisting arrest, while Agent M.V. was then and there engaged in his official duties as a United States Border Patrol Agent.

All in violation of Title 18, United States Code, Section 111(a)(1).

COUNT 2

On or about January 26, 2026, in Hancock County, in the Southern Division of the Southern District of Mississippi, defendant **WILMER HUMBERTO PEREZ-PORTILLO**, aided and abetted by defendant **RAUL CRUZ**, did knowingly and intentionally escape from the federal custody of United States Border Patrol Agent M.V., after Agent M.V. had lawfully apprehended defendant **PEREZ-PORTILLO**, thereby placing him under arrest, and while Agent M.V. was attempting to securely detain defendant **PEREZ-PORTILLO**, for the commission of the felony

offense of forcibly resisting, opposing, impeding, or interfering with a Federal Agent, in violation of Title 18, United States Code, Section 111(a)(1).

All in violation of Title 18, United States Code, Sections 751(a) and 2.

## COUNT 3

On or about January 26, 2026, in Hancock County, in the Southern Division of the Southern District of Mississippi, defendant **RAUL CRUZ**, did knowingly and forcibly, involving physical contact, resist, oppose, impede, or interfere with Agent M.V., by forcibly grabbing, pulling and pushing Agent M.V., in an effort to prevent Agent M.V. from performing a lawful arrest, while Agent M.V. was then and there engaged in his official duties as a United States Border Patrol Agent.

All in violation of Title 18, United States Code, Section 111(a)(1).

                                                                                               _____
                                                                                               J.E. BAXTER KRUGER
                                                                                               United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the  10th  day of February 2026.

                                                                                               _____
                                                                                               UNITED STATES MAGISTRATE JUDGE

2