PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 10 2026

ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:26CI2326-RPM

WILMER HUMBERTO PEREZ-PORTILLO
(Wherever Found)

The Clerk of said Court will issue summons returnable on February 19, 2026, at 9:30 a.m., before Bradley W. Rath, United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on February 10, 2026.

This 10 day of February 2026.

                                        J.E. Baxter Kruger
                                        United States Attorney

                            By:         _____
                                        STAN HARRIS
                                        Assistant United States Attorney
                                        MS Bar # 2000

Summons issued: _____

SBH/FBI